ORDERED.

**Dated:  May 05, 2015**

Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                           Chapter 11

GRAINGER FARMS, INC.                             Case No. 8:15-bk-4671

      Debtor.
_____/

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION
FOR ORDER DIRECTING JOINT ADMINISTRATION OF
<u>CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b)</u>**

THIS CASE came before the Court without a hearing for consideration of the Debtor's Expedited Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) (the "**Motion**") filed in the Chapter 11 cases of Grainger Farms, Inc., Grainger Land, LLC, SamAnn Farms, LLC, SamWes, LLC, and JRG Ventures, LLC (collectively referred to as the "**Bankruptcy Cases**").  The Court, having considered the Motion, finds that it is well taken and should be granted.  Accordingly, it is

**ORDERED**:

1.      The Motion is granted.

2.      The Bankruptcy Cases shall be jointly administered and Case No. 8:15-bk-4671 is designated the "lead case."

3.      The Clerk of the Court shall maintain a single case docket and Court file under the "lead case" number.

4.      The Clerk of the Court shall maintain separate claims files, ballot files (if separate plans are filed), and claims registers for each Bankruptcy Case.

5.      Except as otherwise set forth below, all papers including, without limitation, motions, applications, notices, monthly operating reports, and orders, shall be filed in the "lead case" and shall bear the following joint administration caption:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| GRAINGER FARMS, INC., | Case No. 8:15-bk-4671 |
| JRG VENTURES, LLC, | Case No. 8:15-bk-4672 |
| GRAINGER LAND, LLC, | Case No. 8:15-bk-4673 |
| SAMANN FARMS, LLC, | Case No. 8:15-bk-4674 |
| SAMWES, LLC, | Case No. 8:15-bk-4675 |
| | |
|     Debtors. | Jointly Administered under |
| _____/ | Case No. 8:15-bk-4671 |

6.      The following papers shall be filed in the separate Bankruptcy Cases: list of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, schedules and statements of financial affairs (and any amendments thereto), claims (and any objections thereto), and ballots, if separate plans are filed.  Claims filed shall indicate only the case name and number of the case in which the claim is asserted.

7.      The Clerk of the Court is hereby directed to docket a Proceeding Memorandum in *In re: JRG Ventures, LLC*, Case No. 8:15-bk-4672, *In re: Grainger Land, LLC*, Case No. 8:15-bk-4673, *In re: SamAnn Farms, LLC*, Case No. 8:15-bk-4674, and *In re: SamWes, LLC*, Case No. 8:15-bk-4675 advising all CM/ECF filers and PACER users that all future filings shall be filed and docketed under *In re: Grainger Farms, Inc.*, Case No. 8:15-4671, except the list of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, schedules and statements of financial affairs (and any amendments thereto), claims (and any objections thereto), and ballots, if separate plans are filed.

8.      In instances where the relief requested in a filing pertains to a specific Debtor or Debtors, the jointly administered caption shall be modified to indicate the specific Debtor or Debtors to which the filing or order applies.  The title, as well as the first paragraph, of the paper or order shall indicate the specific Debtor or Debtors to which it applies.  This caption shall bear the following form:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                      Chapter 11

GRAINGER FARMS, INC.,                  Case No. 8:15-bk-4671
JRG VENTURES, LLC,                        Case No. 8:15-bk-4672
GRAINGER LAND, LLC,                      Case No. 8:15-bk-4673
SAMANN FARMS, LLC,                       Case No. 8:15-bk-4674
SAMWES, LLC,                                  Case No. 8:15-bk-4675

        Debtors.                                      *Jointly Administered under*
_____/          *Case No. 8:15-bk 4671*


[Name of Specific Debtor],                Case No.

        Applicable Debtor.
_____/

3

9.      The debtors in possession, or if applicable, trustee, shall not commingle assets or liabilities unless and until it is determined, after notice and hearing, that the Bankruptcy Cases involve the same debtor or that another ground exists to order substantive consolidation of the Bankruptcy Cases.

10.     As creditors are added to the matrices of the administratively consolidated Debtors, counsel for the Debtors is directed to serve this Order on all added creditors and file proof of such service in the "lead case."

Attorney Amy Denton Harris is directed to serve a copy of this order on interested parties who are non-ECF users and file a proof of service within 3 days of entry of the order.