# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re  **Grainger Farms, Inc.**　　　　　　　　　　　　　　　　　Case No.　**8:15-bk-4671**
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter　　**11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Debra Grainger**<br>**10009 Clubhouse Dr.**<br>**Bradenton, FL 34202** | | **37%** | |
| **James R. Grainger, II**<br>**10009 Clubhouse Dr.**<br>**Bradenton, FL 34202** | | **63%** | |

In re:   **Grainger Farms, Inc.** _____   Case No. _____
                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   5-5-15            Signature _/s/ James R. Grainger, II_
                                   James R. Grainger, II

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.