B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   **Grainger Farms, Inc.**                                                   Case No.   **8:15-bk-4671**
                                  Debtor(s)                                        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Coastal Fertilizer and Supply**<br>**209 Adams Ave East**<br>**Immokalee, FL 34142** | **Coastal Fertilizer and Supply**<br>**209 Adams Ave East**<br>**Immokalee, FL 34142** | | | **2,558,639.96** |
| **Howard Fertilizer & Chemical Co.**<br>**Myakka Chemicals**<br>**PO Box 905475**<br>**Charlotte, NC 28290-5475** | **Howard Fertilizer & Chemical Co.**<br>**Myakka Chemicals**<br>**PO Box 905475**<br>**Charlotte, NC 28290-5475** | | | **2,552,279.42** |
| **Bell Irrigation, Inc**<br>**1920 Meadowbrook Dr**<br>**Cairo, GA 31728** | **Bell Irrigation, Inc**<br>**1920 Meadowbrook Dr**<br>**Cairo, GA 31728** | | | **1,966,912.72** |
| **Crop Production Services**<br>**P.O. Box 467**<br>**Mulberry, FL 33860-0467** | **Crop Production Services**<br>**P.O. Box 467**<br>**Mulberry, FL 33860-0467** | | | **1,931,665.34** |
| **BHN Seed**<br>**P.O. Box 3267**<br>**Immokalee, FL 34142** | **BHN Seed**<br>**P.O. Box 3267**<br>**Immokalee, FL 34142** | | | **365,004.61** |
| **Howard Fertilizer & Chemical Co.**<br>**PO Box 628202**<br>**Orlando, FL 32862-8202** | **Howard Fertilizer & Chemical Co.**<br>**PO Box 628202**<br>**Orlando, FL 32862-8202** | | | **259,706.35** |
| **Plants of Ruskin Inc**<br>**901 4th Street NW**<br>**Ruskin, FL 33570** | **Plants of Ruskin Inc**<br>**901 4th Street NW**<br>**Ruskin, FL 33570** | | | **235,507.35** |
| **Seminis**<br>**P.O. Box 935619**<br>**Atlanta, GA 31193-5619** | **Seminis**<br>**P.O. Box 935619**<br>**Atlanta, GA 31193-5619** | | | **226,911.25** |
| **Council-Oxford, Inc.**<br>**P.O. Box 475**<br>**Ruskin, FL 33570** | **Council-Oxford, Inc.**<br>**P.O. Box 475**<br>**Ruskin, FL 33570** | | | **220,536.56** |
| **Triest AG Group Inc**<br>**P.O. Box 448**<br>**Greenville, NC 27835-0448** | **Triest AG Group Inc**<br>**P.O. Box 448**<br>**Greenville, NC 27835-0448** | | | **184,146.48** |
| **D&K Harvesting**<br>**P.O. Box 1347**<br>**Labelle, FL 33975** | **D&K Harvesting**<br>**P.O. Box 1347**<br>**Labelle, FL 33975** | | | **177,009.84** |
| **Davis Oil Co., Inc.**<br>**540 East New Market Rd**<br>**Immokalee, FL 33934** | **Davis Oil Co., Inc.**<br>**540 East New Market Rd**<br>**Immokalee, FL 33934** | | | **96,503.66** |

B4 (Official Form 4) (12/07) - Cont.
In re  **Grainger Farms, Inc.**                                          Case No.  **8:15-bk-4671**
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Seedway LLC** **P.O. Box 250** **Hall, NY 14463-0250** | **Seedway LLC** **P.O. Box 250** **Hall, NY 14463-0250** | | | **76,662.50** |
| **Barron Collier Partnership, LLLP** **5072 Annunciation Circle #314** **Ave Maria, FL 34142** | **Barron Collier Partnership, LLLP** **5072 Annunciation Circle #314** **Ave Maria, FL 34142** | | | **56,800.00** |
| **C&C Properties of Immokalee** **P.O. Box 970** **Immokalee, FL 34143** | **C&C Properties of Immokalee** **P.O. Box 970** **Immokalee, FL 34143** | | | **52,000.00** |
| **Everglades Farm Equipment** **P.O. Box 910** **Belle Glade, FL 33430-0910** | **Everglades Farm Equipment** **P.O. Box 910** **Belle Glade, FL 33430-0910** | | | **46,467.08** |
| **Sun Country Citrus Hauling Inc** **P.O. Box 1347** **Labelle, FL 33975** | **Sun Country Citrus Hauling Inc** **P.O. Box 1347** **Labelle, FL 33975** | | | **32,255.94** |
| **Hertz Equipment Rental Corp.** **P.O. Box 905475** **Charlotte, NC 28290-5475** | **Hertz Equipment Rental Corp.** **P.O. Box 905475** **Charlotte, NC 28290-5475** | | | **25,849.77** |
| **Old Florida Investments, Inc** **P.O. Box 1087** **Palmetto, FL 34220** | **Old Florida Investments, Inc** **P.O. Box 1087** **Palmetto, FL 34220** | | | **22,800.00** |
| **Florida Citrus Management, Inc** **P.O. Box 1347** **Labelle, FL 33975** | **Florida Citrus Management, Inc** **P.O. Box 1347** **Labelle, FL 33975** | | | **20,435.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Grainger Farms, Inc.**  Case No. **8:15-bk-4671**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **5-5-15**    Signature  _/s/ James R. Grainger, II_
James R. Grainger, II
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.