UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| GRAINGER FARMS, INC., | Case No. 8:15-bk-4671-MGW |
| JRG VENTURES, LLC, | Case No. 8:15-bk-4672-MGW |
| GRAINGER LAND, LLC, | Case No. 8:15-bk-4673-MGW |
| SAMANN FARMS, LLC, | Case No. 8:15-bk-4674-MGW |
| SAMWES, LLC, | Case No. 8:15-bk-4675-MGW |
| Debtors._____/ | *Jointly Administered under*<br>*Case No. 8:15-bk 4671-MGW* |

## JOINT CASE MANAGEMENT SUMMARY

GRAINGER FARMS, INC. ("**Grainger Farms**"), GRAINGER LAND, LLC ("**Grainger Land**"), JRG VENTURES, LLC ("**JRG**"), SAMANN FARMS, LLC ("**SamAnn**"), and SAMWES, LLC ("**SamWes**") (collectively, the "**Debtors**") file this Joint Case Management Summary pursuant to Local Rule 2081-1(b).

**I.     Description of Debtors' Businesses**

Grainger Farms is a Florida corporation and was originally incorporated in the mid-1980s as J&R Farms, Inc. Since its incorporation, Grainger Farms has been engaged in agricultural activities—primarily tomatoes, citrus, and cattle ranching. Grainger Land, SamAnn, and SamWes collectively own approximately five thousand (5,000) acres of farm land in Collier, Hendry, and Manatee counties, which is leased to Grainger Farms for agricultural production. JRG owns fifty percent (50%) of the membership interests in Taylor & Fulton Packing, LLC ("**Taylor & Fulton**"), a non-debtor, engaged in the brokerage and sale of agricultural products. The Debtors also own and/or lease property capable of housing approximately two hundred (200) employees.

## II. Location of Debtor's Operations and Whether Leased or Owned

The Debtors own approximately five thousand (5,000) acres of real property located in Collier, Hendry, and Manatee counties. The Debtors' main operations are located at 8205 Wauchula Road in Myakka City, Florida. On the Petition Date, the Debtors were parties to leases of two additional parcels of property, although those leases are not being renewed.

## III. Reasons for Filing Chapter 11

The Debtors' operations were adversely impacted by the decline in tomato prices. The receivables being collected by the Debtors were being kept by creditors and the Debtor did not have sufficient revenues to farm and pick the crops in the ground. The Debtors attempted to negotiate with Rabo Agrifinance, Inc. ("**Rabo**") and Taylor & Fulton to free up funds for farming operations. Unfortunately, the Debtors' pre-bankruptcy efforts were unsuccessful. The bankruptcy filings were necessary to restructure their obligations to creditors and ensure that the Debtors had sufficient funds to harvest the current maturing crop.

## IV. List of Officers and Directors Including Salaries and Benefits at the Time of Filing and During 1 Year Prior to Filing

James R. Grainger, II ("**Mr. Grainger**") is the President and one of two directors of Grainger Farms. Mr. Grainger is also the Managing Member of each of the other Debtors. Prior to the Petition Date, Taylor & Fulton paid Mr. Grainger the sum of $1,000.00 per week for services rendered and Grainger Farms paid Mr. Grainger approximately $6,500.00 per month to repay debts owed to Mr. Grainger which are secured by a home equity line of credit mortgage on Mr. Grainger's homestead residence.[1] Mr. Grainger ceased receiving a salary from Taylor & Fulton as of April 27, 2015. When Mr. Grainger ceased receiving a salary from Taylor & Fulton, his salary from the Debtors was increased by $900.00 per week (in addition to the debt

---

[1] The $6,500.00 payment on the home equity line of credit is due by the 10th of each month.

2

repayment amount previously stated) for a total monthly salary/debt reimbursement payment of $10,100.00. Mr. Grainger also received health insurance and reimbursement of out-of-pocket business expenses incurred.

**V.     Debtors' Annual Gross Revenues**

In 2014, the Debtors actively farmed approximately 2,710 acres, including 1,400 acres of tomatoes (in two planting seasons), 1,310 acres of citrus, and approximated 2,290 acres in pasture for cattle grazing, wetlands or other non-farmable lands, and lands left fallow for crop rotation requirements. The tomato farming operations produced more than two million (2,000,000) boxes of tomatoes, and significant quantities of juice ready citrus. In 2014, the Debtors collectively generated gross revenues of nearly $23 million.

**VI.    Amounts Owed to Various Classes of Creditors**

As of the Petition Date, the Debtors owed the following approximate amounts to their creditors:

**Secured Claims**

Prior to the Petition Date, Metropolitan Life Insurance Company ("**MetLife**") loaned approximately $16,500,000.00 to Mr. Grainger, Debra Grainger, Grainger Farms, Grainger Land, and Sam Ann. The approximate current principal balance owed on the MetLife loan is $14,045,569 and the quarter-annual principal and interest payment became due on April 15, 2015 and is unpaid. The obligations to MetLife are secured by mortgages on and security interests in real and personal property owned by Grainger Farms, Grainger Land, and SamAnn. In addition, Rabo loaned approximately $8,100,000.00 prior to the Petition Date to Mr. Grainger, Debra A Grainger, Grainger Farms, Grainger Land, SamWes, LLC, and SamAnn. The current amount owing under the Rabo loan is approximately $1,892,501.95. The obligations to Rabo were secured by mortgages on and security interests in real and personal property owned by Grainger

3

Farms, SamAnn, and SamWes (all mortgage security was released prior to the Petition Date). FLF of Manatee, Inc. ("**FLF**") also loaned $11,960,214.60 to SamWes as purchase money financing for real property acquired by SamWes from FLF. The approximate current principal balance owed on the FLF loan is $10,811,970.00. The obligations to FLF are secured by mortgages on and security interests in real property owned by SamWes. Grainger Farms also obtained approximately $291,393.00 in purchase money financing from John Deere Credit and Deere and Company (collectively, "**John Deere**") to acquire several pieces of farm equipment. The obligations to John Deere are secured by liens on the farm equipment. Grainger Farms also obtained approximately $140,084.00 in purchase money financing from Ford Motor Credit ("**Ford**") to acquire several vehicles. The obligations to Ford are secured by title liens on the vehicles.

**Unsecured Claims**

The Debtors owe approximately $11,000,000.00 to general unsecured creditors.

**VII.    General Description and Approximate Value of Debtors' Current Fixed Assets**

As of the Petition Date, the Debtor's assets were comprised primarily of approximately five thousand (5,000) acres of farm land in Collier, Hendry, and Manatee counties, labor housing, and farming equipment with an aggregate book value as of December 31, 2014, of approximately $30 million.

**VIII.    Number of Employees and Amounts of Wages Owed as of Petition Date**

As of the Petition Date, the Debtors had approximately 250 employees who were owed, or had accrued in their favor, approximately $131,356.32[2] for wages, salaries, commissions,

---

[2] This is an estimate based upon the payroll run for the period of April 18 through April 24, which was paid on May 1, 2015. The Debtors are currently processing the payroll run for the period of April 25, 2015, through May 3, 2015, which is payable on May 8, 2015, but do not anticipate significant deviations in the amounts of the two payroll runs.

4

vacation pay, sick leave pay, holiday pay, personal leave pay, employee benefits including insurance premiums and contributions, and reimbursement for out-of-pocket business expenses.

### IX.    Status of Debtors' Payroll and Sales Tax Obligations

As of the Petition Date, Grainger Farms owes approximately $72,611.46 in prepetition payroll taxes.

### X.    Anticipated Emergency Relief to be Requested Within 14 Days of Petition Date

The Debtors intend to file the following pleadings requesting emergency relief: (1) Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Granting Replacement Liens Pursuant to Sections 105(a), 361, 363, 541 and 552 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure; (2) Motion for Authorization to Pay Prepetition Wages, Salaries, and Other Employee Benefits; and (3) Motion for Authorization to Pay Affiliate Officer's Salary and to Honor Existing Compensation Agreements and Policies.

WHEREFORE, the Debtors respectfully submit the foregoing as their Joint Case Management Summary.

Dated:  May 6, 2015

/s/ *Amy Denton Harris*
Scott A. Stichter
Florida Bar No. 0710679
Amy Denton Harris
Florida Bar No. 634506
Stichter Riedel Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone:  (813) 229-0144
Fax:  (813) 229-1811
Emails: sstichter@srbp.com; aharris@srbp.com
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing *Joint Case Management Summary* has been furnished on this 6th day of May, 2015, by the Court's CM/ECF electronic mail system to the Office of the United States Trustee and all other parties receiving CM/ECF electronic noticing.

/s/ *Amy Denton Harris*
Amy Denton Harris