**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:
GRAINGER FARMS, INC.                    Case No. 8:15-bk-04671-MGW
JRG VENTURES, LLC                       Case No. 8:15-bk-04672-MGW
GRAINGER LAND, LLC                      Case No. 8:15-bk-04673-MGW
SAMANN FARMS, LLC                       Case No. 8:15-bk-04674-MGW
SAMWES, LLC,                            Case No. 8:15-bk-04675-MGW
         Debtors.

(Jointly Administered Chapter 11
Cases **under 8:15-bk-04671-MGW**)

_____/

**NOTICE OF APPOINTMENT OF OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**

GUY G. GEBHARDT, Acting United States Trustee for Region 21, by and through his undersigned counsel, hereby states that the following creditors of the Debtor GRAINGER FARMS, INC., who hold unsecured claims are hereby APPOINTED to the Official Committee of the Unsecured Creditors in GRAINGER FARMS, INC.:

1. Dan Grabhorn                                        (407) 855-1841
   Howard Fertilizer & Chemical Company
   8306 South Orange Avenue
   Orlando, FL 32809

2. Tommy Parker                                        (239) 253-4321
   Coastal Fertilizer & Supply, Inc.
   209 Adams Avenue E.
   Immokalee, FL 34142

3. John P. Bell, Jr.                                   (229) 224-2111       *Chairperson*
   Bell Irrigation Pipe & Supply, LLC
   1920 Meadow Rook Drive
   Cairo, GA 39828

4.  Jeff Donaldson (863) 344-1086
    Crop Production Services
    P. O. Box 275
    Mulberry, FL 33860

5.  T. J. Swaford (863) 441-1071
    TriEst Ag Group, Inc.
    7610 U.S. Highway 41 N.
    Palmetto, FL 34221

6.  John A. Tipton (813) 645-3211
    Plants of Ruskin, Inc.
    901 4th Street, NW
    Ruskin, FL 33570

7.  Michael W. Sullivan (239) 597-3131
    BHN Seed
    Division of Garguilo, Inc.
    15000 Old 41 North
    Naples, FL 34110

Each member of the Committee separately indicated its willingness to serve on the committee and accepted appointment.

Dated: May 20, 2015.

Respectfully submitted,

GUY G. GEBHARDT
Acting United States Trustee-Region 21

By: Denise E. Barnett
Denise E. Barnett, Esq., Trial Attorney
Florida Bar Number 090610
501 East Polk Street, Suite 1200
Tampa, FL 33602
(813) 228-2000 Ext. 227
(813) 228-2300 facsimile
Denise.barnett@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the *Notice of Appointment of Unsecured Creditors' Committee by United States Trustee* has been served either electronically through the CM/ECF Electronic Mail system or by United States Mail on **May 21, 2015**, on the following:

Amy Denton Harris, Esq.
Stichter Riedel Blain & Prosser PA
110 East Madison Street, Suite 200
Tampa, FL 33602-4700
aharris.ecf@srbp.com
*Debtor's Counsel*

Andre Perron, Esq. and Ken McIntyre, Esq.
Barnes Walker P.A.
3119 Manatee Avenue West
Bradenton, FL 34205
PDAniello@fassettlaw.com
*Prospective Committee Counsel*

                                                     /s/Denise E. Barnett
                                                        Trial Attorney