UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                Chapter 11

GRAINGER FARMS, INC.,                                 Case No. 8:15-bk-4671-MGW
JRG VENTURES, LLC,                                    Case No. 8:15-bk-4672-MGW
GRAINGER LAND, LLC,                                   Case No. 8:15-bk-4673-MGW
SAMANN FARMS, LLC,                                    Case No. 8:15-bk-4674-MGW
SAMWES, LLC,                                          Case No. 8:15-bk-4675-MGW

      Debtors.                                   *Jointly Administered under*
_____/                 *Case No. 8:15-bk 4671-MGW*

## NOTICE OF PRELIMINARY HEARING

A preliminary hearing will be held on **June 3, 2015, at 10:00 a.m.,** in Courtroom

8A, Sam Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida, before

the Honorable Michael G. Williamson, Bankruptcy Judge, to consider and act upon the

following and transact such other business that may come before the Court:

    1.    Debtors' Application for Authorization to Employ Murray Wise
Associates, LLC to Sell Real and Personal Property (Doc. No. 71).

    The hearing may be continued upon announcement made in open Court without
further notice.

    Appropriate attire:  Local Rule 5072-1(b)(16) requires that all persons appearing
in Court should dress in business attire consistent with their financial abilities.  Shorts,
sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

    Avoid delays at courthouse security checkpoints:  You are reminded that Local
Rule 5073-1 restricts the entry of cellular telephones and computers into the Courthouse
absent a specific order of authorization issued beforehand by the presiding judge.  Please
take notice that as an additional security measure a photo ID is required for entry into the
Courthouse.

2

Dated June 1, 2015.

/s/ Amy Denton Harris

Amy Denton Harris
Florida Bar No. 634506
Stichter Riedel Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone:  (813) 229-0144
Fax:  (813) 229-1811
Emails: aharris@srbp.com
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing on Debtors' Application for Authorization to Employ Associates, LLC to Sell Real and Personal Property has been furnished on this 1st day of June, 2015, by either the Court's CM/ECF electronic mail system , U.S. Mail, or Email to:

Office of the U.S. Trustee

LBR 1007-2 Parties in Interest Matrix

Robert B. Marcus, Esquire
Maksimovich & Associates, P.C.
8643 Ogden Avenue
Lyons, Illinois  60534
marcus@attorneymm.com
Attorney for Murray Wise Associates, LLC

/s/ Amy Denton Harris
Amy Denton Harris

3

Label Matrix for local noticing
113A-8
Case 8:15-bk-04671-MGW
Middle District of Florida
Tampa
Mon Jun  1 15:38:00 EDT 2015

Crop Production Services, Inc.
c/o John H. Mueller, Esquire
Clark Mueller Bierley, PLLC
102 W. Whiting St., Suite 302
Tampa, FL 33602-5114

Dan Grabhorn
Howard Fertilzer & Chemical Company
8306 South Orange Avenue
Orlando, FL 32809-7853

FLF of Manatee, Inc.
Robert A. Soriano
Greenberg Traurig, P.A.
625 E. Twiggs Street, Suite 100
Tampa, FL 33602-3925

First State Bank of Arcadia
c/o Patti W. Halloran, Esq.
Gibbons Neuman
3321 Henderson Blvd.
Tampa FL 33609-2921

Ford Motor Credit Company, LLC
c/o Brad Hissing
PO Box 800
Tampa, FL 33601-0800

Jack Queen Construction, Inc.
c/o Patricia J. Potter, Esq.
Siesky, Pilon & Potter
3435 Tenth Street North
Suite 303
Naples, FL 34103-3815

Jeff Donaldson
Crop Production Services
PO Box 275
Mulberry, FL 33860-0275

John A. Tipton
Plants of Ruskin, Inc.
901 4th Street, NW
Ruskin, FL 33570-3511

John P. Bell, Jr.
Bell Irrigation Pipe & Supply, LLC
1920 Meadow Rook Drive
Cairo, GA 39828-2350

Metropolitan Life Insurance Co.
Gary A. Barnes
3414 Peachtree Rd. NE Ste 1600
Atlanta, GA 30326-1164

Metropolitan Life Insurance Company
c/o Zachary J. Bancroft, Esq.
Baker, Donelson, et al.
200 S. Orange Avenue, Suite 2900
Orlando, FL 32801-3448

Michael W. Sullivan
BHN Seed
Division of Garguilo, Inc.
15000 Old 41 North
Naples, FL 34110-8415

Old Florida Investments, Inc.
c/o Robert C. Schermer, Esq.
P.O. Box 551
Bradenton, FL 34206-0551

Rabo AgriFinance, Inc.
c/o James A. Timko, Esq. and Andrew M. B
Shutts & Bowen LLP
300 S. Orange Ave., #1000
Orlando, FL 32801-5403

T.J. Swaford
TriEst Ag Group, Inc.
7610 US Highway 41 N.
Palmetto, FL 34221-9611

Taylor & Fulton Packing, LLC
c/o Stephenie Biernacki Anthony, Esq.
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida 33602-5816

Tommy Parker
Coastal Fertilizer & Supply, Inc.
209 Adams Avenue E.
Immokalee, FL 34142-3529

Triest AG Group, Inc.
Barnes Walker, Goethe, Hoonhout, & Perro
John K. McIntyre, Esq.
3119 Manatee Ave. West
Bradenton, FL 34205-3350

End of Label Matrix
Mailable recipients    18
Bypassed recipients     0
Total                  18