ORDERED.

**Dated:  July 22, 2015**

Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| GRAINGER FARMS, INC., | Case No. 8:15-bk-4671-MGW |
| JRG VENTURES, LLC, | Case No. 8:15-bk-4672-MGW |
| GRAINGER LAND, LLC, | Case No. 8:15-bk-4673-MGW |
| SAMANN FARMS, LLC, | Case No. 8:15-bk-4674-MGW |
| SAMWES, LLC, | Case No. 8:15-bk-4675-MGW |
| | |
| Debtors. | *Jointly Administered under* |
| _____/ | *Case No. 8:15-bk 4671-MGW* |

**ORDER (I) GRANTING EMERGENCY MOTION TO
ESTABLISH SALES PROCEDURES FOR PUBLIC SALE OF REAL
AND PERSONAL PROPERTY, (II) GRANTING, IN PART, DEBTORS'
EMERGENCY MOTION TO SELL REAL AND PROPERTY FREE AND CLEAR
OF LIENS AND OTHER INTERESTS WITH LIENS TO ATTACH TO PROCEEDS
PURSUANT TO 11 U.S.C. § 363(f) AND (III) SCHEDULING FURTHER HEARINGS**

THESE CASES came before the Court for hearing on July 1, 2015 upon the Debtor's

Emergency Motion to Establish Sales Procedures for Public Sale of Real and Personal Property

(the "**Bid Procedures Motion**")[1] (Doc. No. 129) and the Debtors' Emergency Motion to Sell

Real and Personal Property Free and Clear of Liens and Other Interests With Liens to Attach to

Proceeds Pursuant to 11 U.S.C. § 363(f) (the "**Sale Motion**") (Doc. No. 128).  Prior to the

hearing, the following objections (collectively, the "**Objections**") were filed with respect to the

Bid Procedures and the Sale Motion:  (i) Limited Objection to Debtors' Emergency Motion for

Authority to Sell Real and Personal Property At Auctions Free and Clear of Liens and Other

Interests With Liens to Attach to Proceeds Pursuant to 11 U.S.C. Sec. 363(f) (Doc. No. 128) and

the Debtors' Emergency Motion to Establish Sales Procedures for Public Sale of Real and

Personal Property (Doc. No. 129) (Doc. No. 140) (the "**Ford Objection**"); Limited Response

and Objection to the Debtor's (i) Amended Application for Authorization to Employ Murray

Wise Associates, LLC to Sell Real and Personal Property (the "Amended Application") (Doc.

No. 125), (ii) Emergency Motion to Establish Sales Procedures for Public Sale of Real and

Personal Property (the "Procedures Motion") (Doc. No. 129), and (iii) Debtor's Emergency

Motion for Authority to Sell Real and Personal Property at Auctions Free and Clear of Liens and

Other Interests with Liens to Attach to Proceeds Pursuant to 11 U.S.C. §363(f)  (Doc. No. 152)

(the "**Rabo Objection**"); and Objection by Deere & Company and John Deere Financial, F.S.B.

(Doc. No. 153) (the "**Deere Objection**").  At the hearing, the Debtors announced clarifications to

the Bid Procedures Motion and Sale Motion to address issues raised by the Objections.  It

appears from a review of the record that all parties in interest were served with copies of the Bid

Procedures Motion, the Sale Motion and the notice of hearing on the motions.  For the reasons

stated orally and recorded in open court, the Court makes the following FINDINGS OF FACT

and CONCLUSIONS OF LAW:

---

[1]   Capitalized terms used in this Order and not otherwise defined herein shall have the meanings ascribed to such
terms in the Bid Procedures Motion and the Sale Motion.

A.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The statutory predicates for the relief requested include § 363 of the Bankruptcy Code and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure.

B.    On May 4, 2015 (the "**Petition Date**"), the Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

C.    Pursuant to an order of this Court dated May 5, 2015, the Debtors' Chapter 11 cases are being jointly administered for procedural purposes only under *In re: Grainger Farms, Inc.*, Case No. 8:15-bk-4671-MGW.

D.    SamWes owns approximately 2,253 acres of farm land located in Manatee County, Florida along Highway 64 approximately 20 miles east of Bradenton (the "**Kibler Farm**").

E.    Granger Land and SamAnn collectively own approximately 1,144 acres of farm land located in Collier and Hendry Counties (collectively, the "**Immokalee Farm**").  The legal description for the Immokalee Farm and the equipment and personal property attached to the Immokalee Farm are set forth on Exhibit "A" to this Order.  Approximately 148 acres of the Immokalee Farm contain citrus groves with active citrus crops.

F.    The Debtors have determined, in the exercise of their business judgment, that it is in the best interests of their estates to downsize their farming operations and sell the Kibler Farm and the Immokalee Farm along with the citrus grove and crop located thereon.  Consequently, the Debtors have vehicles and farming and other equipment ("**Excess Equipment**") that are no longer necessary for the reduced farming operations.  The Excess Equipment is listed on Exhibit "B" to this Order.

G.      Pursuant to Section 363(f) of the Bankruptcy Code, the Debtors, in their business judgment, believe that it is in the best interest of the estates to sell the Immokalee Farm, and the Excess Equipment (the **"Assets"**), free and clear of all liens, encumbrances, rights, interests and claims (collectively, the "**Encumbrances**"), with all such Encumbrances attaching to the proceeds of the sale pending further order of the Court.[2]

H.      The auction procedures set forth in the Motion constitute the best manner in which to sell the Assets to maximize value for all constituents and to generate the highest and best prices for the Assets given the potential local, regional, and national interest in these Assets and the current market conditions.

I.      On June 10, 2015, the Court entered an order (Doc. No. 110) approving the Debtors' retention of Murray Wise Associates, LLC ("**Murray Wise**") to market and sell the Kibler Farm.  The Debtors have filed an amended application (Doc. No. 125) that seeks to expand the scope of Murray Wise's services to include the marketing and sale of the Immokalee Farm and Excess Equipment.  The Debtors intend to use Murray Wise for purposes of marketing and selling the Assets, upon the terms and conditions described in the Murray Wise engagement letter, as modified by orders of this Court.

J.      Good and adequate notice of the Bid Procedures Motion, the Sale Motion and the hearing thereon has been provided under the circumstances.

K.      Murray Wise has scheduled the sale of the Assets at public and/or online auctions as follows:

---

[2]  The Immokalee Farm is subject to a lease with Radio Fiesta, Inc. (the "**Radio Fiesta Lease**") and the Immokalee Farm will be sold subject to the Radio Fiesta Lease.

| Sale Date & Time | Assets to be Sold | Location |
|---|---|---|
| September 17, 2015 at 1:00 p.m. | Immokalee Farm | A location to be determined in or near Immokalee |
| September 18, 2015 at 9:00 a.m. | Excess Equipment | Immokalee Farm |

It is now, therefore

      **ORDERED** as follows:

      1.      The Bid Procedures Motion is granted in part and denied in part as set forth in this Order.

      2.      The Sale Motion is granted in part, as it relates to the auction and sale of the Excess Equipment, and as to the Immokalee Farm, the sale of which is subject to further order of the Court following the Auction Confirmation Hearing (as defined below).

      3.      The portions of the Bid Procedures Motion and Sale Motion seeking relief as to the Kibler Farm are denied without prejudice.

      4.      The Ford Objection is overruled as moot as none of the vehicles encumbered by Ford Motor Credit Company, LLC's liens are being sold.

      5.      The Deere Objection is denied without prejudice due the parties' agreement to fix reserve prices on the equipment encumbered by the liens of Deere & Company, John Deere, Financial, F.S.B., a/k/a FPC Financial f.s.b. (collectively, "**Deere**").

      6.      The Rabo Objection is overruled as moot based on the modifications to the motions set forth in this Order.

      7.      The public auctions as scheduled above, and the procedures for the auction are hereby approved.

      8.      Murray Wise and the Debtors are authorized to conduct auctions according to the methodology described in the Motion and this Order.

      9.      With respect to the sale and auction of the Immokalee Farm, the Court approves

the following:

i.    <u>Stalking Horse Bidder(s)</u>.  The Debtors and Murray Wise are authorized to continue soliciting stalking horse bids for the auction.  The Debtors may, with the consent of the secured creditors, and without further of the Court, select one or more stalking horse bidders for the Assets and offer such stalking horse bidder(s) buyer protection in the form of a break-up-fee up to 2% of the amount of such bidder(s) bid.  Any dispute regarding the selection or approval of a stalking horse bid shall be adjudicated by the Court following motion and a hearing.   The Court shall consider any such motion on an expedited or emergency basis.

ii.    <u>Credit Bidding</u>.  All rights to credit bidding shall be preserved as permitted by 11 U.S.C. §363(k).  Secured creditors wishing to credit bid must place their bids in accordance with the bidding procedures established by Murray Wise, including the requirement that all credit bidders register prior to placing bids. In the event any secured creditor is the high bidder for any Asset(s), at closing such creditor shall be required to pay Murray Wise the Transaction Fee pursuant to their retention agreement, unless otherwise agreed by Murray Wise.

iii.    <u>Prevailing Bidder</u>.  Upon conclusion of each individual auction sale, the Debtors shall designate the highest or otherwise best bidder for any Asset, combination of Assets, or all the Assets which results in the greatest overall price to the estates (the "**Prevailing Bidder**"), and such Prevailing Bidder and purchase price shall be approved at the Auction Confirmation Hearing (as

defined below).  Each Prevailing Bidder for the Immokalee Farm shall sign a written asset purchase agreement specifying the purchase price and the Asset(s) to be purchased (the "**Asset Purchase Agreement**").  Any objection to the Debtors' designation of the Prevailing Bidder shall be filed no later than 5:00 p.m. prevailing Eastern time two (2) business days prior to the Auction Confirmation Hearing and shall be decided by this Court.

iv.  <u>Back-up Bidder</u>.  With regard to the sale of the Immokalee Farm, the Debtors may also designate the next highest bidder or otherwise best bidder(s) that results in the next overall highest price for the Farms after the Prevailing Bidder to serve as the Back-up Bidder (the "**Back-up Bidder(s)**").  If the Prevailing Bidder for the Immokalee Farm fails to close within two (2) business days of its closing date or any extension thereto, the Back-up Bidder, if selected, shall have the opportunity to close at its last highest bid price within thirty (30) days, and so forth until sales of the Immokalee Farm have been closed.  Upon the time as it is determined that a Back-up Bidder(s) has become the new Prevailing Bidder(s), the Back-up Bidder(s) shall be required to sign an Asset Purchase Agreement and post its deposit.

v.  <u>Auction Confirmation Hearing</u>.  Following conclusion of the auctions for the Farms, and upon receipt of a fully executed Asset Purchase Agreement and the deposit, the Debtors shall file with the Court a Report of Sale indicating (a) the result of the auctions of the Immokalee Farm, including the identities of the Prevailing Bidder(s), (b) the amount of the winning bids, and (c) the Assets that are subject to such bid(s).  The Debtors shall also file copies of the

Asset Purchase Agreements executed by the Prevailing Bidders. The Court shall conduct a hearing on **September 25, 2015 at 1:30 p.m.** (the "**Auction Confirmation Hearing**") to consider final approval of the Sale Motion as to the sale of the Immokalee Farm, and the Asset Purchase Agreements. Any objection to the Report of Sale, any Asset Purchase Agreement or to final approval of the sale of either of the Farms, shall be in writing and shall be filed with the Court no later than 5:00 p.m. prevailing Eastern time two (2) business days prior to the Auction Confirmation Hearing, and must specify the basis for the objection.

vi.    <u>Extension(s) of Closing Date</u>. The Debtors shall be authorized to grant any extension of time of the closing dates established by the Asset Purchase Agreement(s) in their discretion. Secured creditors shall retain their right to object such extension of time for cause.

vii.    <u>Day of Sale</u>. On the day of each sale, Murray Wise shall announce the terms and conditions of the sale. The terms and conditions announced at the sale shall control; provided, however, that the terms and conditions announced at the sale shall not conflict with this Order.

10.    All sales of the Immokalee Farm shall be free and clear of all Encumbrances (other than the Radio Fiesta Lease), but in all other respects shall be "AS IS/WHERE IS," without representation, recourse or warranty of any kind.

11.    The Sale Motion is granted, in part, as to the sale(s) of the Excess Equipment. The sale(s) of the Excess Equipment shall be final as of the date of the auction(s) and no additional notice or relief shall be required to consummate and close on the sale of the Excess

Equipment.

12.    With respect to the auction and sale of the Excess Equipment, the Court approves the following:

i.    <u>Prevailing Equipment Bidder</u>.  Upon conclusion of each individual auction sale, the Debtors or their designees shall designate the highest or otherwise best bidder for any Asset, combination of Assets, or all the Assets which results in the greatest overall price to the estates for the Excess Equipment (the "**Prevailing Equipment Bidder**"), and such Prevailing Bidder and purchase price shall be deemed approved without further Order of the Court.

ii.    <u>Payment by Prevailing Equipment Bidder</u>.  Payment in full is due the day of auction.  Payments shall be made to Weeks Auction Co., Inc. ("**Weeks Auction**") who in its sole discretion is authorized to accept payments via check, cash, ACH, wire, or certified funds. Weeks Auction is to hold all funds received in trust.  Weeks Auction or counsel for the Debtors shall hold sale proceeds received from the Prevailing Equipment Bidder in a separate account or a comingled trust account.  If Weeks Auction initially holds funds, then within 72 hours of said funds clearing Weeks Auction shall transfer said funds to counsel for the Debtors.

iii.    <u>Extension(s) of Payment Date for Excess Equipment</u>.  The Debtors shall be authorized to grant any extension of time of the payment dates established by the auction procedures. Secured creditors shall retain their right to object such extension of time for cause.

iv.   Closing and Transfer of Excess Equipment.  Closing and transfer of the Excess Equipment shall occur upon receipt of payment in full.  Upon receipt of full payment, without any further order of the Court, the Debtors are authorized to assign and transfer to the Prevailing Equipment Bidder(s), title and interest (including common law rights) to all of the Excess Equipment sold.  The Debtors or their designee are authorized to issue a bill of sale, title, and/or execute any and all documentation necessary for said sale and transfer of Excess Equipment without further order of the Court.  All such sales shall be "AS IS/WHERE IS," without representation, recourse or warranty of any kind.

v.   Failure of Excess Equipment to Pay in Full (No Back-up Bidder).  There will be no Back-up Bidder for the Excess Equipment.  If the Prevailing Equipment Bidder fails to pay when due or any extension thereto, the Excess Equipment shall be resold by Murray Wise, along with Weeks Auction at another auction without further Order of the Court required.

vi.   Removal of Excess Equipment.  All sold Excess Equipment shall be removed within 10 days of completion of the auction. Weeks Auction is authorized to remove and store any Excess Equipment that the Prevailing Bidder fails to remove.   The Prevailing Equipment Bidder shall be responsible for paying Weeks Auction all costs of removal, transportation, and/or storage.   Notwithstanding the foregoing, if the Prevailing Equipment Bidder fails to pay for any Excess Equipment then Weeks Auction is authorized to remove and store said Excess Equipment for

future sale with the associated costs for removal, transportation, and or storage to be deducted from the proceeds of the subsequent sale.

vii.    Day of Sale.  On the day of sale, Murray Wise and/or Weeks Auction shall announce the terms and conditions of the sale.  The terms and conditions announced at the sale shall control; provided however, that the terms and conditions announced at the sale shall not conflict with this order.

13.    Murray Wise is authorized to employ sub-contractors for purposes of staging and conducting the auctions, including Weeks Auction, Crosby & Associates, Inc.; and Proxibid. Any Prevailing Equipment Bidder who bids online shall be responsible for an online buyer's premium.

14.    Net sale proceeds of the Immokalee Farm sale(s) and the Excess Equipment sales shall be held in an escrow account by counsel to the Debtors with all such Encumbrances attaching to the proceeds of the sales and shall be distributed to the holders of valid and enforceable liens upon the particular Asset sold in accordance with further order of this Court. The Debtors will file a Motion for Distribution and Report of Sale setting forth the sales price of each Asset sold, and the proposed distribution of such sales proceeds for each Asset.  In the event the Motion for Distribution is approved prior to closing, funds will be distributed to creditors at closing from the proceeds in accordance with any distribution order.  In the event the Motion for Distribution is not approved prior to closing, the funds shall be distributed only after such an order is entered.   Notwithstanding the foregoing, the Debtors shall be authorized to distribute from the closing proceeds, at the time of closing, the Transaction Fee, any reasonable and ordinary closing costs typically paid by the seller at closing, any taxes or other amounts due and payable that attach to real property as a priority to perfected liens by operation of law, any

payments due pursuant to the terms of the Asset Purchase Agreement, and any amounts further authorized by order of this Court.   If and to the extent that the Debtors are is required to pay any documentary or transfer tax at closing such taxes shall be paid from the gross proceeds of the sales.

15.     The surcharge that may be sought with respect to the proceeds from the sale of the Assets shall be limited to Murray Wise's Transaction Fee and Murray Wise's expenses under its engagement letter.

16.     Any forfeited deposited shall be treated as proceeds of the Assets on account of which the forfeited deposits were furnished, and shall be subject to claims of holders of liens covering said Asset(s).  The proposed distribution of any forfeited deposits may be included in the Motion for Distribution described above or in a separate Motion for Distribution.

17.     The rights of all parties to assert objections to the distributions of the sales proceeds based on the validity, priority, and the extent of any lien, or equitable theories such as marshaling shall be preserved and may be asserted in response to any motion for distribution that is filed.

18.     The Court reserves jurisdiction to enforce the terms of this Order.  The Court further retains jurisdiction to hear any disputes as to the appropriate reserve to be established with respect to the Excess Equipment encumbered by the liens of Deere, which the Court shall consider on an expedited basis.

19.     The Debtors shall file closing documents with the Court within seven (7) days of each closing.

* * *

Attorney Amy Denton Harris is directed to serve a copy of this order on interested parties who are non-ECF users and file a proof of service within 3 days of entry of the order.

**Collier County**

COMMENCING AT A 4"x4" CONCRETE MONUMENT ESTABLISHED BY COLLIER COMPANY SURVEYORS IN 1935, WITH A BRASS DISK INSCRIBED "COLLIER COUNTY, R 30 E, 24, 25, 19, 30, R 31 E, HENDRY COUNTY" MARKING THE NORTHEAST CORNER OF SAID SECTION 25, TOWNSHIP 46 SOUTH, RANGE 30 EAST, COLLIER COUNTY, FLORIDA, RUN N 89°49'16" W, 1473.92 FEET TO A 3/4" IRON ROD WITH AN ALUMINIUM CAP STAMPED "SMT LB 6627", AND THE POINT OF BEGINNING; THENCE S 15°12'01"E, 32.83 FEET; THENCE S 11°33'43" E, 146.92 FEET; THENCE S 24°21'16"E, 75.20 FEET; THENCE S 21°00'06"E, 60.15 FEET; THENCE S 21°00'06"E, 18.91 FEET; THENCE S 03°39'28"W, 44.72 FEET; THENCE S 23°39'29"E, 166.13 FEET; THENCE N 55°26'24"E, 45.14 FEET; THENCE S 38°07'07"E, 150.30 FEET; THENCE S 45°33'37"E, 166.46 FEET; THENCE N 60°41'17"E, 62.37 FEET; THENCE N 45°51'17"E, 92.41 FEET; THENCE S 76°18'39"E, 37.69 FEET; THENCE S 25°59'18"E, 192.93 FEET; THENCE S 30°40'52"E, 406.18 FEET; THENCE S 89°49'16"E, 611.50 FEET TO THE EAST LINE OF SAID SECTION 25; THENCE S 00°09'45" W, 1477.56 FEET TO A 4"x4" CONCRETE MONUMENT ESTABLISHED BY COLLIER COUNTY SURVEYORS IN 1935, WITH A BRASS DISK INSCRIBED "COLLIER COUNTY, R-30-E, 1/4, 25, 30, R-31-E, HENDRY COUNTY", MARKING THE EAST QUARTER CORNER OF SAID SECTION 25; THENCE S 00°09'45"W, 2635.56 FEET TO A 4"x4" CONCRETE MONUMENT ESTABLISHED BY COLLIER COUNTY SURVEYORS IN 1935, WITH A BRASS DISK INSCRIBED "COLLIER COUNTY, R 30 E, 25, 36, 30, 31, R 31 E, HENDRY COUNTY", MARKING THE SOUTHEAST CORNER OF SAID SECTION 25; THENCE N 89°54'15"W, 5338.86 FEET TO A 3/4" IRON ROD AND CAP STAMPED "SMT LB 6627"; THENCE N 00°04'38"E, 5279.30 FEET TO A 3/4" IRON ROD AND CAP STAMPED "SMT LB 6627"; THENCE S 89°48'53"E, 3872.80 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH NONEXCLUSIVE EASEMENTS RECORDED IN OFFICIAL RECORDS BOOK 3796, PAGE 1842, AND OFFICIAL RECORDS BOOK 3796, PAGE 1846, PUBLIC RECORDS OF COLLIER COUNTY, FLORIDA.

Exhibit A

### Hendry County

Beginning at a 4" X 4" concrete monument established by Collier Company surveyors in 1935, with a brass disk inscribed "Collier County, R-30 E, 25, 36, 30, 31, R-31-E, Hendry County", marking the Southwest corner of Section 30, Township 46 South, Range 31 East, Hendry County, Florida; run North 00 degrees 09' 45" East, 2635.56 feet to a 3/4" iron rod with an aluminum cap stamped "SMT LB 6627" at the position of the West quarter corner of said Section 30, as established by Collier Company surveyors in 1935; thence North 00 degrees 09' 45" East 2635.56 feet to a 4" X 4" concrete monument established by Collier Company surveyors in 1935, with a brass disk inscribed " Collier County, R 30 E, 24, 25, 19, 30, R 31 E, Hendry County", marking the Northwest corner of said Section 30; thence North 00 degrees 09' 19" East 30.00 feet to a 5/8" iron rod and cap stamped : SMT LB 6627"; thence South 88 degrees 59' 29" East 984.50 feet to a 5/8" iron rod and cap stamped "SMT LB 6627" thence North 89 degrees 00' 29" East 1645.38 feet to a 5/8" iron rod and cap stamped "SMT LB 6627"; thence North 88 degrees 59' 52"East 2626.90 feet to a 5/8" iron rod and cap stamped "SMT LB 6627";thence South 02 degrees 08' 19" East 2626.90 feet to a 3/4" iron rod with an aluminum cap stamped "SMT LB 6627 marking the Northwest corner of that boundary agreement recorded in O. R. Book 679, Page 1386 of the Public Records of Hendry County, Florida; thence along the West line of said boundary agreement South 01 degrees 02' 03" East 1288.79 feet to a 3/4" iron rod with an aluminum cap stamped "SMT LB 6627"; thence South 28 degrees 31' 10" West 18.35 feet to a 3/4" iron rod with an aluminum cap stamped SMT LB 6627; thence South 01 degrees 47' 35" East 588.16 feet to a 3/4" iron rod with an aluminum cap stamped SMT LB 6627; thence South 01 degrees 12' 18" East 755.00 feet to a 3/4" iron rod with an aluminum cap stamped "SMT LB 6627" on the South line of said Section 30 as established by Collier Company surveyors; thence South 89 degrees 06' 48" West 1843.10 feet along said South line of a 3/4" iron rod with an aluminum cap stamped "SMT LB 6627" of the position of the South quarter corner of said Section 30 as established by Collier Company surveyors in 1935; thence south 89 degrees 06' 49" West 2639.61 feet to the Point of Beginning.

Together with non-exclusive access easements recorded in Official Records Book 3796, Page 1842, O.R. Book 3796, Page 1846, O.R. Book 3796, Page 1852, Public Records of Collier County, Florida.

And

Together with an easement for drainage purposes over the lands described as follows:

Commencing at 4" x 4" concrete monument established by Collier Company surveyors in 1935, with a brass disk inscribed "Collier County, R-30 E, 25, 36, 30; 31, R-31-E, Hendry County", marking the Southwest corner of Section 30, Township 46 South, Range 31 East, Hendry County, Florida; run North 00 degrees 09' 45" East, 2635.56 feet to a 3/4" iron rod with an aluminum cap stamped "SMT LB 6627" at the position of the East quarter corner of said Section 30 as established by Collier Company surveyors in 1935; thence North 00 degrees 09' 45" East 2635.56 feet to a 4" X 4" concrete monument established by Collier Company surveyors in 1935, with a brass disk inscribed "Collier County, R-30-E, 24, 25, 19, 30, R-31-E, Hendry County", marking the Northwest corner of said Section 30; thence North 00 degrees 09' 19" East 30.00 feet to a 5/8" iron rod and cap stamped "SMT LB 6627"; thence South 88 degrees 59' 29"

East 984.50 feet to a 5/8" iron rod and cap stamped "SMT LB 6627"; thence North 89 degrees 00' 29" East 1645.38 feet to a 5/8" iron rod and cap stamped "SMT LB 6627"; thence North 88 degrees 59' 52" East 1691.12 feet to a 5/8" iron rod and cap stamped "SMT LB 6627"; thence South 02 degrees 08' 19" East 2558.89 feet to the Point of Beginning; thence continue South 02 degrees 08' 19" East 70.01 feet to a 3/4" iron rod with aluminum cap stamped SMT LB 6627 marking the Northwest corner of that boundary agreement recorded in O.R. Book 679, Page 1386 of the Public Records of Hendry County, Florida; thence along the North line of said boundary agreement North 88 degrees 56' 48" East 849.42 feet to a 3/4" iron rod with an aluminum cap stamped SMT LB 6627; thence North 00 degrees 04' 46" East 70.01 feet; thence South 88 degrees 56' 48" West 852.13 feet to the Point of Beginning.

| MAP LOCATION | Description | Serial No. | WEEKS NUMBER |
|---|---|---|---|
| I-2 | Electric Irrigation Pump | | P4 |
| I-2 | 6x6 Centrifical electric pump | | P4 |
| I-2 | Balder Reliance CAT #JML1512T | 37F842Y497 | P4 |
| | | | |
| I-8 | 30" belt drive outpump | | P8 |
| I-8 | John Deere 6 cylinder | can't read | P8 |
| | | | |
| I-10 | John Deere 4 cylinder motor | SE4045D791729 | P19 |
| I-10 | Johnson HP60 gear head | L75406 | P19 |
| I-10 | Sand filter filteration system | | P19 |
| | | | |
| I-12 | 500 gal fuel tank | | P16 |
| I-12 | John Deere 6 cylinder | T06068T790152 | P16 |
| I-12 | 30" belt drive outpump | | P16 |
| | | | |
| I-22 | 500 gal fuel tank | | P23 |
| I-22 | John Deere 6 cylinder | T06068D334898 | P23 |
| I-22 | 24" gear drive outpump | | P23 |
| | | | |
| H-7 | 500 gal fuel tank | | P31 |
| H-7 | John Deere 4 cylinder | TO4045D114328 | P31 |
| H-7 | 6X6 centrifical pump | | P31 |
| H-7 | sand filter | | P31 |
| | | | |
| H-11 | 24" gear driven outpump | | P2 |
| H-11 | Jonh Deere 6 cylinder | TO64140163731 | P2 |
| | | | |
| H-12 | Fuel tank - share 1,000 gal WITH P2/H11 | | P1 |
| H-12 | John Deere 6 cylinder turbine outpump | PE6068D156902 | P1 |
| | | | |
| H-19 | 500 gal fuel tank | | P41 |
| H-19 | John Deere 4 cylinder | TO4045D782291 | P41 |
| H-19 | 24" gear drive outpump | | P41 |
| | | | |
| H-14 | Perkins 4 cyl diesel | | P36 |
| H-14 | Thompson Sand Filter | | P36 |
| H-14 | centrifical pump | | P36 |

Exhibit A

| MAP LOCATION | Description | Serial No. | WEEKS NUMBER |
|---|---|---|---|
| I-1 | Irrigation Pump | | P3 |
| I-1 | 300 gal fuel tank | | P3 |
| I-1 | John Deere 4-Cylinder | PE40A5D359035 | P3 |
| I-1 | Sand Filteration | | P3 |
| | | | |
| I-3 | John Deere 6 cylinder | 6404DR-20375474R | P5 |
| I-3 | 24" gear drive outpump | | P5 |
| | | | |
| I-4 | 24" Tractor Pump | NO POWER | P7 |
| | | | |
| I-5 | 500 gal fuel tank | | P6 |
| I-5 | 2,500 gal fuel tank | | P6 |
| I-5 | John Deere 6 cylinder well pump with Turbine | | P6 |
| I-5 | 4 Station sand media filter | 6068DE150 | P6 |
| I-5 | Amarillo SL60A Right Angle Gear Drive | 57376 | P6 |
| | | | |
| I-6 | John Deere  4 cylinder | 4045D758449 | P10 |
| I-6 | 20" gear drive outpump | | P10 |
| | | | |
| I-7 | 24" Tractor pump | none | P9 |
| | | | |
| I-9 | 24" belt drive outpump | | P11 |
| I-9 | Detroit Motor 4 cylinder | none | P11 |
| I-9 | 500 gal fuel tank | | P11 |
| | | | |
| I-11 | 500 gal fuel tank | | P12 |
| I-11 | John Deere 6 cylinder motor | DE6068D516023 | P12 |
| I-11 | Turbine gear head 30" outpump | | P12 |
| | | | |
| I-13 | 500 gal fuel tank | | P15 |
| I-13 | John Deere 6 cylinder 30" | TO60687741517 | P15 |
| I-13 | 30" belt drive outpump | | P15 |
| | | | |
| I-14 | 500 gal fuel tank | | P17 |
| I-14 | John Deere 4 cylinder | T04039D335334 | P17 |
| I-14 | Turbine drive irrigation pump | | P17 |
| I-14 | Amarillo SL60A Gear Drive | 255779 | P17 |
| I-14 | 4 Stage sand media filter | | P17 |
| | | | |
| I-15 | 500 gal fuel tank | | P18 |
| I-15 | 2,500 gal nurse tank | | P18 |
| I-15 | Deutz 6 cylinder motor | TYF2231025KZ790 | P18 |
| I-15 | Turbine drive | | P18 |
| I-15 | Amarillo S60A Gear drive | 193316 | P18 |
| I-15 | 4 Stage sand media filter | | P18 |
| | | | |
| I-16 | 500 gal tank | | P14 |
| I-16 | Detroit 4 cyclinder | none | P14 |
| I-16 | 24" belt drive outpump | | P14 |
| | | | |
| I-17 | 500 gal fuel tank | | P13 |
| I-17 | Duetz 6 cylinder | 6105E12B02146 | P13 |
| I-17 | 24" gear head outpump | | P13 |
| | | | |
| I-18 | 500 gal fuel tank | | P |

Exhibit B

| | | | |
|---|---|---|---|
| I-18 | Deutz 4 cylinder | none | P |
| I-18 | 24" gear drive outpump | | P |
| | | | |
| I-19 | 12" Tractor Pump outpump | none | P20 |
| | | | |
| I-20 | 500 gal fuel tank | | P21 |
| I-20 | John Deere 4 cylinder | T0429D209535 | P21 |
| I-20 | 6X6 centrifical pump | | P21 |
| | | | |
| I-21 | 24" Tractor pump | none | P22 |
| | | | |
| | 500 gal fuel tank | | |
| | John Deere 4 cylinder | DF-001 | |
| | 20" gear drive outpump | | |
| | | | |
| | 500 gal fuel tank | | |
| | John Deere 6 cylinder | DFOL5760651 | |
| | 24" gear drive outpump | | |
| | | | |
| H-1 | 500 gal fuel tank | | P25 |
| H-1 | Detroit 4 cylinder | none | P25 |
| H-1 | 24" belt drive outpump | | P25 |
| | | | |
| H-2 | 500 gal fuel tank | | P26 |
| H-2 | John Deere 4 cylinder | PE4045H669960 | P26 |
| H-2 | 24" belt drive outpump | | P26 |
| | | | |
| H-3 | 24" tractor pump | none | P27 |
| | | | |
| H-4 | Irrigation well | | P28 |
| H-4 | 500 fuel tank | | P28 |
| H-4 | John Deere 4 cylinder | T04239T198559 | P28 |
| H-4 | 6X6 centrifical pump | | P28 |
| H-4 | Sand filter media | | P28 |
| | | | |
| H-5 | 500 gal fuel tank | | P29 |
| H-5 | John Deere 4 cylinder | T04239T198559 | P29 |
| H-5 | 6X6 centrifical pump | | P29 |
| H-5 | Sand filter media | | P29 |
| | | | |
| H-6 | 500 gal fuel tank | | P30 |
| H-6 | Detroit 4 cylinder | | P30 |
| H-6 | Gear head out | none | P30 |
| | | | |
| H-8 | 500 gal fuel tank | | P32 |
| H-8 | John Deere 4 cylinder motor | TO4039D497598 | P32 |
| H-8 | Amarillo Turbine irrigation well SL60A | | P32 |
| | | | |
| H-9 | 500 gal fuel tank | | P33 |
| H-9 | 24" belt driven outpump | | P33 |
| H-9 | Detroit 4 cylinder motor | | P33 |
| | | | |
| H-10 | 1,000 gal fuel tank | | P34 |
| H-10 | John Deere 6 cylinder turbine outpump | TO6668D819482 | P34 |
| | | | |
| H-13 | Tractor Pump outpump | none | P35 |
| | | | |
| | 500 gal fuel tank | | |
| | Duetz 4 cylinder motor | | |
| | 6X6 centrifical pump | | |
| | | | |
| | 500 gal fuel tank | | |

Exhibit B

| | | | |
|---|---|---|---|
| | John Deere 4 cylinder | TO4039037473 | |
| | Amarillo Turbine gear 560A | 121009 | |
| | Sand filter | | |
| | | | |
| H-16 | 500 gal fuel tank | | P38 |
| H-16 | Detroit 4 cylinder motor | none | P38 |
| H-16 | 24" Turbine drive outpump | | P38 |
| | | | |
| H-17 | 500 gal fuel tank | | P39 |
| H-17 | Duetz 6 cylinder motor | none | P39 |
| H-17 | 24" belt drive outpump | | P39 |
| | | | |
| H-18 | 500 gal fuel tank | | P40 |
| H-18 | Detroit 4 cylinder motor | none | P40 |
| H-18 | 24" belt drive outpump | | P40 |
| | | | |
| H-20 | Irrigation pump | | P42 |
| H-20 | 500 gal fuel tank | | P42 |
| H-20 | John Deere 4 cylinder | TO4039D379720 | P42 |
| H-20 | Amarillo Turbine 560A | 165594 | P42 |
| H-20 | Sand filter | | P42 |
| | | | |
| H-21 | 20" Tractor pump | none | P43 |
| | | | |
| H-22 | Irrigation pump | | P44 |
| H-22 | 500 gal fuel tank | | P44 |
| H-22 | John Deere 4 cyinder | 04239D222836 | P44 |
| H-22 | Sand filter | | P44 |
| | | | |
| H-23 | 500 gal fuel tank | | P45 |
| H-23 | Detroit 4 cylinder motor | none | P45 |
| H-23 | 24" gear drive outpump | | P45 |
| | | | |
| H-24 | 500 gal fuel tank | | P46 |
| H-24 | John Deere 4 cylinder | TO6068D377480 | P46 |
| H-24 | 24" gear drive outpump | | P46 |
| | | | |
| H-25 | John Deere 6 Cyl Diesel | 718693 | P47 |
| H-25 | turbine outpump | | P47 |
| H-25 | 500 gal fuel tank | | P47 |
| | | | |
| | | | |
| IF | Out pump 30 " | | FIELD NEXT TO SHOP |
| IF | Out pump 24" | | FIELD NEXT TO SHOP |
| IF | John Deere Power Unit 6cyl | 6065T | SHOP PTO |
| IF | John Deere Power Unit 4cyl | TF001 | SHOP PTO |
| IF | John Deere Power Unit 4cyl w Cent Pump | | TRAILER |
| IF | John Deere Power Unit 4cyl w Cent Pump | | TRAILER |
| IF | John Deere Power Unit 4cyl w Cent Pump | | TRAILER |
| | | | |
| | | | |
| IF | 1 - Taylor Way DISC 17' | | |
| IF | 1 hydraulic tank 275 gal | ALL ONE UNIT | |
| IF | 1 motor oil 275 gal | ALL ONE UNIT | |
| IF | 1 waste oil 200 gal | ALL ONE UNIT | |
| IF | 2 - 1200 gal Comet pumps | on sprayers above | |
| IF | 4 - 800 gal - 3 Comet pumps, 1 Bean pump | on sprayers above | |
| IF | 12' 2-bedder layout bar | | |
| IF | 13' X 66' single wide mobile home | | |
| IF | 14' X 57' single wide mobile home | | |
| IF | 22' X 42' double wide mobile home | | |
| IF | 2500 GAL NURSE TANK | | |

Exhibit B

| | | | |
|---|---|---|---|
| IF | 2501 GAL NURSE TANK | | |
| IF | 3000 GAL NURSE TANK | | |
| IF | 3000 GAL NURSE TANK | | |
| IF | 3000 GAL NURSE TANK | | |
| IF | 410G Backhoe 4X4 | 410G923900 | HRS NA |
| IF | 4-wheel Wagon | | |
| | | | |
| IF | AIR COMPRESSOR englo type | BACK OF OFFICE | |
| IF | AIR COMPRESSOR pancake | BACK OF OFFICE | |
| IF | BED PRESS COVERS | | |
| IF | BEDDER HILLER | | |
| IF | BLOWERS | BACK OF OFFICE | |
| IF | DUALS 480/80/R46 FOR 8430? | | |
| IF | Fifth wheel DOLLEY | | |
| IF | FLOOR JACKS | | |
| IF | FUEL TANK | | |
| IF | FUEL TANK | | |
| IF | FUEL TANK | | |
| IF | FUEL TANK | | |
| IF | fuel tank 2,500 gal (under the barn) | | |
| IF | FUEL TANK 500 GAL | | |
| IF | FUEL TANKS | | |
| IF | FUEL TANKS | | |
| IF | FUEL TANKS | | |
| IF | GREEN HYDRAULIC TANK | | |
| IF | GREEN HYDRAULIC TANK | | |
| IF | Grove Storage area - Two (2) 20' box trailers | | |
| IF | HANDWASH STATION | | |
| IF | HANDWASH STATION | | |
| IF | HANDWASH STATION | | |
| IF | JD 2955 CAB 2WD | LO2955T642971 | HERB RIG NO DOOR |
| IF | JD 6430 CAB 4X4 PQ LHR | LO6430H584028 | 1244 HRS |
| IF | JD 6615 | LO6615D533980 | 2766 HRS NO BACK GLASS |
| IF | JD 6615 CAB 4X4 SYNC | LO6615A456078 | 6349 HRS |
| IF | JD 7220 | RW7220R062549 | DEAD BATT |
| IF | JD 7230 | LO7230HECH725287 | 3909 HRS |
| IF | JD 8430 CAB 4X4 | RW8430PQ47307 | 6506 HRS |
| IF | JD6420 CAB2WD | LO6420A420394 | DEAD BATT |
| IF | JD7230 | LO7230H19453 | BAD TACH |
| IF | JOHN DEERE 6000 HI-CYCLE SPRAYER | | |
| IF | Kennco Tomato sprayers | | |
| IF | Kennco Tomato sprayers | | |
| IF | Kennco Tomato sprayers | | |
| IF | Kennco Tomato sprayers | | |
| IF | Kennco Tomato sprayers | | |
| IF | LARGE V DICHER | | |
| IF | MAN CART | | |
| IF | MAN CART | | |
| IF | MAN CART | | |
| IF | MAN CART | | |
| IF | MAN CART | | |
| IF | MISC TOOLS | BACK OF OFFICE | |
| IF | Mobile Oil Trailer | ALL ONE UNIT | |
| IF | Office & Storage Unit 14 X 42 | | |
| IF | PALLET JACK | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |

| | | | |
|---|---|---|---|
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PICNIC TABLE | | |
| IF | PREASURE WASHER | BACK OF OFFICE | |
| IF | PROPANE TANK TRAILER | | |
| IF | QUICK HITCH | | |
| IF | Reynolds flat plane 14' | | |
| IF | Rhino GR84 7' mower | 26423 | |
| IF | SHIELDS | | |
| IF | SHOP PRESS | | |
| IF | SMALL V DITCHER | | |
| IF | SMALL V DITCHER | | |
| IF | SMALL V DITCHER | | |
| IF | Storage Trailer | | |
| IF | Storage Trailer | | |
| IF | Storage Trailer | | |
| IF | Storage Trailer | | |
| IF | Storage Trailer | | |
| IF | TANK TRAILER | | |
| IF | TANK TRAILER | | |
| IF | Taylor Way 14' Cultivator | | |
| IF | To (2) Fuel Tanks  3,000 gal (new) | only one not two | |
| IF | Tomato Stakes - 2,400,000 | | |
| IF | TORCH TANKS | BACK OF OFFICE | |
| IF | Training room | | |
| IF | Training room | | |
| IF | Utility 16" NO TOUNGE | | |
| IF | Utility 6" TRAILER GREEN | | |
| IF | YELLOW A FRAME HOIST | | |
| IF | AMCO DISC 17' | | |
| IF | STAKE PULLER | | |
| IF | STAKE PULLER | | |
| IF | STAKE PULLER | | |
| IF | STAKE PULLER | | |
| | | | |
| | | | |

| Location | Description | Serial No. | Notes |
|---|---|---|---|
| KF1 | Well Pump Station #1 | | |
| KF1 | Fuel Tank - 1,000 gal | | |
| KF1 | Amarillo Model S200A Right Angle Gear Drive | 241400 | |
| KF1 | JD Motor | RG6081A152462 | |
| KF1 | Flow Guard Sand Media Filtration | | |
| KF2 | Well Pump Station #2 | | |
| KF2 | Fuel Tank - 1,000 gal | | |
| KF2 | Amarillo Model S200A Right Angle Gear Drive | 256305 | |
| KF2 | JD Motor | RG6081A164867 | |
| KF2 | Flow Guard Sand Media Filtration | | |
| KF | Fuel Tank 4,000 gal | | |
| KF | JD 7130 MFWD CAB AIR SYNCRO | L07130A578459 | HRS 2651, 3 REMOTES |
| KF | JD 8330 MFWD CAB AIR | RW8830P042057 | HRS 10,488 |
| KF | STAKE PULLER | | |
| KF | STAKE PULLER | | |
| KF | TRAINING ROOM (SHED) | | |
| KF | KENNCO TOMATO SPRAYER 800 GALLON | | |
| KF | FARM WAGON 6 TON | | |
| KF | 18' TAYLOR WAY 650 PULL TYPE DISC OFFEST | | |
| KF | 1,000,000 TOMATO STAKES | | |
| KF | MAN CART | | |
| KF | MAN CART | | |
| KF | 3 TOILET STATION W/ TRAILER | | |
| KF | 1000 GALLON FUEL TANK | | |
| KF | 250 GALLON FUEL TANK | | |
| KF | 250 GALLON FUEL TANK | | |
| KF | 500 GALLON FUEL TANK | | |
| KF | JD 6305 2WD OPEN | | |
| KF | 3PT BEDDER | | |
| KF | PICNIC TABLE | | |
| KF | PICNIC TABLE | | |
| KF | PICNIC TABLE | | |
| KF | PICNIC TABLE | | |
| KF | PICNIC TABLE | | |
| KF | PICNIC TABLE | | |
| KF | PICNIC TABLE | | |
| KF | PICNIC TABLE | | |
| KF | PICNIC TABLE | | |
| KF | PICNIC TABLE | | |
| KF | PICNIC TABLE | | |
| KF | PICNIC TABLE | | |
| KF | PICNIC TABLE | | |
| KF | 40' CONTAINER | | |
| KF | POLY NURSE TANK | | |
| KF | POLY NURSE TANK | | |
| KF | POLY NURSE TANK | | |
| KF | POLY NURSE TANK | | |
| KF | CAT GENERATOR | | |
| KF | HANDWASH STATION | | |
| MF | JD 6615 MFWD CAB AIR PQ LHR | 6615D534235 | HRS 6721 |
| MF | JD 8330 MFWD CAB AIR W/ DUALS | RW8330P006257 | HRS 6826, 480/80/R50 |
| MF | JD 6115M MFWD CAB AIR PQ LH | LO6115MEDH767100 | HRS 2706 |
| MF | JD 7220 MFWD CAB AIR PQ LH | RW7220R62554 | HRS 4607 |
| MF | JD 8430 MFWD CAB AIR | RW8430P016681 | HRS 9330, 480/80/R46 |
| MF | JD 4020 2WD | N/A | |
| MF | 3 ROW PLASTIC MACHINE | | |
| MF | 3 ROW PLASTIC MACHINE | | |
| MF | 1 ROW BED PRESS | | WATERMELON BARN |
| MF | FERTILIZER HOPPER - HOT MIX | | GROVE BARN |
| MF | FERTILIZER HOPPER - HOT MIX | | GROVE BARN |
| MF | JD GATOR SALV | | GROVE BARN |
| MF | JD GATOR | | WATERMELON BARN |
| MF | GROVE SPRAYER 500 GALLON | | |
| MF | PLASTIC BURNER PULL TYPE | | |
| MF | KENNCO TOMATO SPRAYER 800 GALLON | | |
| MF | KENNCO TOMATO SPRAYER 800 GALLON | | |
| MF | KENNCO TOMATO SPRAYER 800 GALLON | | |
| MF | KENNCO TOMATO SPRAYER 1200 GALLON | | |

Exhibit B

| | | | |
|---|---|---|---|
| MF | KENNCO TOMATO SPRAYER 1200 GALLON | | |
| MF | KENNCO TOMATO SPRAYER 1500 GALLON | | |
| MF | FARM WAGON 6 TON | | |
| MF | AMCO J-43 PULL TYPE OFFSET DISC | | |
| MF | WATERMELON CONVEYOR | | NOT 14 |
| MF | WATERMELON CONVEYOR | | NOT 14 |
| MF | WATERMELON CONVEYOR | | NOT 14 |
| MF | HERBICIDE TOMATO TANK 400 GALLON | | |
| MF | KENNCO 3 ROW BED PRESS 5 1/2' CENTER | | W/ NITROGEN RIG, GB |
| MF | DIESEL TANK 1100 GALLON | | |
| MF | TOOL BAR 26' | | GB |
| MF | FIFTH WHEEL DOLLY | | GB |
| MF | TAYLOR WAY CULTIVATOR 12' | | GB |
| MF | PREM-V DITCHER | | |
| MF | 3 ROW TRANSPLANTER | | GB |
| MF | 3 ROW TRANSPLANTER | | GB |
| MF | 14' PULL TYPE ROLLER (YELLOW) | | WB |
| MF | 12' LAWSON PASTURE AERATOR PULL TYPE | | |
| MF | KENNCO DITCH PLOWS | | |
| MF | KENNCO DITCH PLOW | | |
| MF | SINGLE GAS PIG LIFT | | (3PT FORKLIFT) |
| MF | 1 ROW TRANSPLANTER | | WB |
| MF | 1 ROW FERTILIZER HOPPER | | |
| MF | 1 ROW PLASTIC LAYER | | WB |
| MF | 1 ROW PLASTIC LAYER | | WB |
| MF | 3 ROWS STAINLESS FERTILIZER HOPPER | | FALSE BEDDER, WB |
| MF | UTLITY 48' | 1UYVS2477TM5673 | |
| MF | GREAT DANE 48' | 13RAA9625LS052804 | 1990 YEAR |
| MF | COLOR PACKING LINE | | (INSIDE UTLITY TRAILER) |
| MF | LELY 3PT FERTILIZER SPREADER | | GB |
| MF | APACHE SYSTEM LASER 14' BOXBLADE | | W/ LASER TRAILER |
| MF | JD 6.5 YD PULL TYPE DIRT PAN | | |
| MF | KENNCO DITCH PLOW 3PT | | |
| MF | KENNCO DITCH PLOW 3PT | | |
| MF | KENNCO DITCH PLOW 3PT | | |
| MF | TOMATO HERBICIDE RIG 275 GALLON | | |
| MF | NURSE TANK/INJECTION RIG 150 GALLON | | |
| MF | 1996 KW T600 TRUCK W/ CONVENTIONAL SLEEPER | 1XKAD9XXTR658748 | 683,298 MILES, DETRIOT SERIES 60 |
| MF | LOWBOY TRAILER | FL TAG 897-0CC | |
| MF | 600,000 TOMATO STAKES | | |
| MF | 1000 GALLON NURSE TANK (POLY) | | |
| MF | 1000 GALLON NURSE TANK (POLY) | | |
| MF | FORD F-250 | FL TAG BRJ-087 | VIN 1FTNF21S11EC00924 |
| MF | STARFIRE ITC GPS SYSTEM | | OFFICE |
| MF | STARFIRE ITC GPS SYSTEM | | OFFICE |
| MF | STARFIRE 3000 GPS SYSTEM | | OFFICE |
| MF | STARFIRE 3000 GPS SYSTEM | | OFFICE |
| MF | JD 6305 2WD OPEN | 602201 | |
| MF | KENNCO GROVE DITCHER | | SWEEPER |
| MF | 3) DUALS 20.8 R38 | | JD 8430 DUALS? |
| MF | TRANSPLANTER WHEELS | | |
| MF | 2) TOOLBAR | | GB |
| MF | FERTILIZER SHUTES | | GB |
| MF | BACKHOE BUCKET | | GB |
| MF | 3PT RACK | | GB |
| MF | 3) DUALS 480/80 R50 | | GB |
| MF | 3) QUICK HITCHES | | GB |
| MF | TRANSPLANTER PARTS | | GB |
| MF | BULLSEYE LASER HL700 | | OFFICE |
| MF | SPECTRA GL720 LASER | | OFFICE |
| MF | HANDWASH STATION | | OUTSIDE OFFICE |
| MF | HANDWASH STATION | | OUTSIDE OFFICE |
| MF | MAN CART | | OUTSIDE OFFICE |
| MF | FORD RANGER TRUCK WHITE | 1FTLR!FE4BPA86533/ FL TAG 8XB-D86 | OUTSIDE OFFICE |
| MF | MSA AIR SYSTEM | | BREATHING/OFFICE |
| MF | PALLET OF TRACTOR WEIGHTS | | WB |
| MF | PALLET OF TRACTOR WEIGHTS | | WB |
| MF | HEIL PTO PUMP W/ SUCTION PIPE & GUN | | RED, WB |
| MF | 5) MISC PLASTIC TANKS | | WB |
| MF | FUEL TANK | | WB |
| MF | FUEL TANK | | WB |

Exhibit B

| MF | FUEL TANK | | WB |
|----|-----------|---|----|
| MF | FUEL TANK | | WB |
| MF | LINCOLN GAS WELDER | | WB |
| MF | SPRAYER WHEELS AND TIRE | | WB |
| MF | STAINLESS TOMATO WASH LINE | | WB |
| MF | LARGE PLASTIC BURNER PULL TYPE | | WB |
| MF | PALLET OF MISC RADIATORS | | WB |
| | JD 7330 | RW7330H027846 | |
| | LASER PAN (UPGRADED) | | |
| | GROVE SPRAYER 1,000 GALLON | | CHEMICAL CONTAINER |

Exhibit B