UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| GRAINGER FARMS, INC., | Case No. 8:15-bk-4671-MGW |
| JRG VENTURES, LLC, | Case No. 8:15-bk-4672-MGW |
| GRAINGER LAND, LLC, | Case No. 8:15-bk-4673-MGW |
| SAMANN FARMS, LLC, | Case No. 8:15-bk-4674-MGW |
| SAMWES, LLC, | Case No. 8:15-bk-4675-MGW |
| Debtors.                                                        / | *Jointly Administered under*<br>*Case No. 8:15-bk 4671-MGW* |

## NOTICE OF PRELIMINARY HEARING

A preliminary hearing will be held on **Friday, September 25, 2015, at 1:30 p.m.**, in Courtroom 8A, Sam Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida, before the Honorable Michael G. Williamson, Bankruptcy Judge, to consider and act upon the following and transact such other business that may come before the Court:

**DEBTORS' EMERGENCY MOTION TO MODIFY BID PROCEDURES ORDER TO PERMIT THE DEBTORS TO SELL EXCESS EQUIPMENT (Doc. No. 279)**

The hearing may be continued upon announcement made in open Court without further notice.

Appropriate attire: Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at courthouse security checkpoints: You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please

take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

                      */s/ Scott A. Stichter*
Scott A. Stichter (FBN 0710679)
Amy Denton Harris (FBN 634506)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Telephone:  (813) 229-0144
Fax:  (813) 229-1811
Emails: sstichter@srbp.com
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Notice of Hearing have been furnished on this 24th day of September, 2015, by either the Court's CM/ECF electronic mail system or U.S. Mail to:

Blocker Ranch
Jerry Brian Blocker
Kenneth James Blocker
Steven J. Bracci, P.A.
2590 Northbrooke Plaza, Suite 208
Naples, Florida  34119

Blocker Ranch
1303 W. New Market Road
Immokalee, Florida  34142

Jerry Brian Blocker
1830 – 16th Street N.E.
Naples, Florida  34120

Kenneth James Blocker
1303 W. New Market Road
Immokalee, Florida  34142

LBR 1007-2 Parties in Interest matrix

                      */s/ Scott A. Stichter*
Scott A. Stichter

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:15-bk-04671-MGW<br>Middle District of Florida<br>Tampa<br>Wed Sep 23 16:12:25 EDT 2015 | Bell Irrigation Pipe & Supply, LLC<br>John Bell, Jr.<br>1920 Meadow Brook Drive<br>Cairo, GA 39828-2350 | Council-Oxford, Inc.<br>c/o Patti W. Halloran, Esq.<br>Gibbons Neuman<br>3321 Henderson Blvd<br>Tampa FL 33609-2921 |
| Crop Production Services, Inc.<br>c/o John H. Mueller, Esquire<br>Clark Mueller Bierley, PLLC<br>102 W. Whiting St., Suite 302<br>Tampa, FL 33602-5114 | Dan Grabhorn<br>Howard Fertilzer & Chemical Company<br>8306 South Orange Avenue<br>Orlando, FL 32809-7853 | Deere & Company<br>John Deere Financial, f.s.b.<br>c/o A. Christopher Kasten, II, Esq.<br>Bush Ross, P.A.<br>P.O. Box 3913<br>Tampa, FL  33601-3913 |
| FLF of Manatee, Inc.<br>Robert A. Soriano<br>Greenberg Traurig, P.A.<br>625 E. Twiggs Street, Suite 100<br>Tampa, FL 33602-3925 | First State Bank of Arcadia<br>c/o Patti W. Halloran, Esq.<br>Gibbons Neuman<br>3321 Henderson Blvd.<br>Tampa FL 33609-2921 | Ford Motor Credit Company, LLC<br>c/o Brad Hissing<br>PO Box 800<br>Tampa, FL 33601-0800 |
| Jack Queen Construction, Inc.<br>c/o Patricia J. Potter, Esq.<br>Siesky, Pilon & Potter<br>3435 Tenth Street North<br>Suite 303<br>Naples, FL 34103-3815 | James R. Grainger<br>c/o Michael C. Markham, Esq.<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>403 E. Madison Street, Suite 400<br>Tampa, FL 33602-4614 | Jeff Donaldson<br>Crop Production Services<br>PO Box 275<br>Mulberry, FL 33860-0275 |
| John A. Tipton<br>Plants of Ruskin, Inc.<br>901 4th Street, NW<br>Ruskin, FL 33570-3511 | John P. Bell, Jr.<br>Bell Irrigation Pipe & Supply, LLC<br>1920 Meadow Rook Drive<br>Cairo, GA 39828-2350 | Metropolitan Life Insurance Co.<br>Gary A. Barnes<br>3414 Peachtree Rd. NE Ste 1600<br>Atlanta, GA 30326-1164 |
| Metropolitan Life Insurance Company<br>c/o Zachary J. Bancroft, Esq.<br>Baker, Donelson, et al.<br>200 S. Orange Avenue, Suite 2900<br>Orlando, FL 32801-3448 | Michael W. Sullivan<br>BHN Seed<br>Division of Garguilo, Inc.<br>15000 Old 41 North<br>Naples, FL 34110-8415 | Old Florida Investments, Inc.<br>c/o Robert C. Schermer, Esq.<br>P.O. Box 551<br>Bradenton, FL 34206-0551 |
| Rabo AgriFinance, Inc.<br>c/o James A. Timko, Esq. and Andrew M. B<br>Shutts & Bowen LLP<br>300 S. Orange Ave., #1000<br>Orlando, FL 32801-5403 | Ruskin Auto & Truck Parts, LLC<br>c/o Patti W. Halloran, Esq.<br>Gibbons Neuman<br>3321 Henderson Blvd.<br>Tampa FL 33609-2921 | Shinn & Company, LLC<br>c/o Megan W. Murray<br>Trenam Kemker PA<br>PO Box 1102<br>Tampa, FL 33601-1102 |
| T.J. Swaford<br>TriEst Ag Group, Inc.<br>7610 US Highway 41 N.<br>Palmetto, FL 34221-9611 | Taylor & Fulton Packing, LLC<br>c/o Stephenie Biernacki Anthony, Esq.<br>Anthony & Partners, LLC<br>201 N. Franklin Street, Suite 2800<br>Tampa, Florida 33602-5816 | Tommy Parker<br>Coastal Fertilizer & Supply, Inc.<br>209 Adams Avenue E.<br>Immokalee, FL 34142-3529 |
| Triest AG Group, Inc.<br>Barnes Walker, Goethe, Hoonhout, & Perro<br>John K. McIntyre, Esq.<br>3119 Manatee Ave. West<br>Bradenton, FL 34205-3350 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)First State Bank of Arcadia
c/o Patti W. Halloran, Esq.
Gibbons Neuman
3321 Henderson Blvd
Tampa FL 33609-2921

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25