UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| GRAINGER FARMS, INC., | Case No. 8:15-bk-4671-MGW |
| JRG VENTURES, LLC, | Case No. 8:15-bk-4672-MGW |
| GRAINGER LAND, LLC, | Case No. 8:15-bk-4673-MGW |
| SAMANN FARMS, LLC, | Case No. 8:15-bk-4674-MGW |
| SAMWES, LLC, | Case No. 8:15-bk-4675-MGW |
| Debtors._____/ | *Jointly Administered under*<br>*Case No. 8:15-bk 4671-MGW* |
| GRAINGER FARMS, INC., | |
| Applicable Debtor._____/ | Case No. 8:15-bk-4671-MGW |

**MOTION FOR FURTHER EXTENSION OF: (1) EXCLUSIVE PERIOD
TO FILE PLAN; (2) EXCLUSIVE PERIOD TO SOLICIT ACCEPTANCES
OF PLAN, AND (3) FILE PLAN AND DISCLOSURE STATEMENT**

GRAINGER FARMS, INC. ("**GFI"**) respectfully requests a further extension of (1) the exclusive period during which it has to file a plan; (2) the exclusive period during which it has to solicit acceptances of a plan; and (3) the deadline within which it has to file its plan and disclosure statement. In support of this motion, GFI states the following:

**Jurisdiction and Venue**

1. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§157 and 1334. The subject matter of this motion is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper in this district pursuant to 28 U.S.C. §1408.

2. The statutory predicates for the relief requested by this motion are § 1121(b), 1121(c)(2), 1121(c)(3), and 1121(d) of the Bankruptcy Code.

**Background**

3. On May 4, 2015 (the "**Petition Date**"), GFI and its affiliates, JRG Ventures, LLC ("**JRG**"), Grainger Land, LLC ("**Grainger Land**"), SamAnn Farms, LLC ("**SamAnn**"), and SamWes, LLC ("**SamWes**") (collectively, the "**Debtors**") filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). Pursuant to an order of this Court dated May 5, 2015, the Debtors' Chapter 11 cases are being jointly administered for procedural purposes only under *In re: Grainger Farms. Inc.*, Case No. 8:15-bk-4671-MGW.

4. On June 4, 2015, this Court entered its *Order Establishing Deadline for Filing Plan and Disclosure Statement* (Doc. No. 85) and established September 1, 2015, as the deadline for each of the Debtors to file their plans and disclosure statements.

5. On July 31, 2015, SamWes filed its *Plan of Liquidation Under Chapter 11 of Title 11, United States Code* (Doc. No. 198) and its *Disclosure Statement for Plan of Liquidation Under Chapter 11 of Title 11, United States Code* (Doc. No. 199). On August 18, 2015, Grainger Land and SamAnn filed their *Joint Plan of Liquidation of Grainger Land, LLC and SamAnn Farms, LLC Under Chapter 11 of Title 11, United States Code* (Doc. No. 220) and their *Joint Disclosure Statement for Plan of Liquidation of Grainger Land, LLC and SamAnn Farms, LLC Under Chapter 11 of Title 11, United States Code* (Doc. No. 221). On September 25, 2015, this Court confirmed SamWes, Grainger Land, and SamAnn's plans.

6. On September 1, 2015, the Debtors filed their *Motion for Extension of: (1) Exclusive Period to File Plan; (2) Exclusive Period to Solicit Acceptances of Plan, and (3) File Plan and Disclosure Statement* (Doc. No. 242), and on September 16, 2015, the Court granted the motion (Doc. No. 253). On October 1, 2015, GFI filed its *Motion for Further Extension of:*

*(1) Exclusive Period to File Plan; (2) Exclusive Period to Solicit Acceptances of Plan, and (3) File Plan and Disclosure Statement* (Doc. No. 302), and on October 15, 2015, the Court granted the motion (Doc. No. 317).

7. On November 2, 2015, GFI filed its *Motion for Further Extension of: (1) Exclusive Period to File Plan; (2) Exclusive Period to Solicit Acceptances of Plan, and (3) File Plan and Disclosure Statement* (Doc. No. 339) which the Court has scheduled for hearing on December 2, 2015.

8. JRG will be filing a motion to dismiss its case as the Court previously approved a compromise between JRG and its primary creditor.

9. GFI is in the process of preparing its plan of reorganization and disclosure statement. In order to finalize the plan and disclosure statement, GFI needs information from Metropolitan Life Insurance Company ("**Met Life**") and Rabo Agrifinance, Inc. ("**Rabo**") regarding the remaining obligations owed to Met Life and Rabo. In September 2015, Grainger Land and SamAnn sold substantially all of their assets, including real property and personal property. Met Life and Rabo are in the process of negotiating the disposition of the proceeds from the sale of that property. Those negotiations will impact the allocation of the sale proceeds vis a vis these two creditors as well as the remaining balances due. So long as Met Life and Rabo are able to agree on the disposition of the sale proceeds on or before December 20, 2015, GFI anticipates filing its plan and disclosure statement on or before December 31, 2015.

### Relief Requested and Grounds for Relief

*Extension of Exclusive Period to File Plan*

10. Sections 1121(b) and (c) of the Bankruptcy Code prescribe the periods of exclusivity during which only the debtor may file a plan of reorganization. Sections 1121(b) and

3

1121(c)(2) of the Bankruptcy Code provide that only the debtor may file a plan until after 120 days following the Petition Date. But for the filing of this motion, the 120-day period for GFI to file a plan would expire on December 4, 2015.

11. Section 1121(d)(1) of the Bankruptcy Code provides that the Court for cause may reduce or increase the 120-day period.

12. GFI requests that the Court extend the exclusive period during which it has to file a plan such that the extended 120-day period would expire on December 31, 2015.

*Extension of Exclusive Period for Soliciting Acceptances*

13. Section 1121(c)(3) statutorily extends the exclusivity period until 180 days after the petition date to permit the debtor to obtain acceptances of a plan as filed. But for the filing of this Motion, the 180-day period for GFI to solicit acceptances of a plan would expire on December 28, 2015.

14. Section 1121(d)(1) of the Bankruptcy Code provides that the Court for cause may reduce or increase the 180-day period.

15. GFI requests that the Court extend the exclusive period during which it has to solicit acceptances such that the extended 180-day period would expire on January 30, 2016.

*Extension of Deadline for Filing Plan and Disclosure Statement*

16. GFI is preparing its plan and disclosure statement and requests an extension through and including December 31, 2015.

17. This motion is not submitted for purposes of delay and GFI submits that the relief requested in this motion will not prejudice any party.

WHEREFORE, GFI respectfully requests that the Court enter an order: (a) granting this motion; (b) extending the 120-day time period during which GFI has the exclusive right to

propose and file its plan of reorganization through and including December 31, 2015, without prejudice to its rights to seek a further extension; (c) extending the 180-day period during which GFI has the exclusive right to solicit acceptances of a plan through and including January 30, 2016, without prejudice to GFI's rights to seek a further extension; (d) extending the deadline for GFI to file its plan and disclosure statement through and including December 31, 2015, without prejudice to its rights to seek a further extension; and (e) providing such other relief as is just and proper.

Dated: December 1, 2015.

*/s/ Amy Denton Harris*
Amy Denton Harris (FBN 634506)
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Fax: (813) 229-1811
Email: aharris@srbp.com
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing *Motion for Further Extension of Periods to: (1) Period of Exclusive Right to File Plan; (2) Exclusive Period to Solicit Acceptances of Plan, and (3) File Plan and Disclosure Statement* have been furnished on this 1st day of December, 2015, by the Court's electronic CM/ECF noticing system to the United States Trustee and all other parties receiving CM/ECF electronic noticing and by U.S. mail to the attached LBR 1007-2 Parties in Interest matrix.

*/s/ Amy Denton Harris*
Amy Denton Harris

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:15-bk-04671-MGW<br>Middle District of Florida<br>Tampa<br>Tue Dec  1 14:35:16 EST 2015 | Bell Irrigation Pipe & Supply, LLC -<br>John Bell, Jr.<br>1920 Meadow Brook Drive<br>Cairo, GA 39828-2350 | Council-Oxford, Inc. -<br>c/o Patti W. Halloran, Esq.<br>Gibbons Neuman<br>3321 Henderson Blvd<br>Tampa FL 33609-2921 |
| Crop Production Services, Inc. -<br>c/o John H. Mueller, Esquire<br>Clark Mueller Bierley, PLLC<br>102 W. Whiting St., Suite 302<br>Tampa, FL 33602-5114 | Dan Grabhorn<br>Howard Fertilzer & Chemical Company<br>8306 South Orange Avenue<br>Orlando, FL 32809-7853 | Deere & Company -<br>John Deere Financial, f.s.b.<br>c/o A. Christopher Kasten, II, Esq.<br>Bush Ross, P.A.<br>P.O. Box 3913<br>Tampa, FL  33601-3913 |
| FLF of Manatee, Inc.<br>Robert A. Soriano<br>Greenberg Traurig, P.A.<br>101 E. Kennedy Blvd., Suite 1900<br>Tampa, FL 33602-5148 | First State Bank of Arcadia -<br>c/o Patti W. Halloran, Esq.<br>Gibbons Neuman<br>3321 Henderson Blvd.<br>Tampa FL 33609-2921 | Ford Motor Credit Company, LLC<br>c/o Brad Hissing<br>PO Box 800<br>Tampa, FL 33601-0800 |
| Jack Queen Construction, Inc.<br>c/o Patricia J. Potter, Esq.<br>Siesky, Pilon & Potter<br>3435 Tenth Street North<br>Suite 303<br>Naples, FL 34103-3815 | James R. Grainger<br>c/o Michael C. Markham, Esq.<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>403 E. Madison Street, Suite 400<br>Tampa, FL 33602-4614 | Jeff Donaldson<br>Crop Production Services<br>PO Box 275<br>Mulberry, FL 33860-0275 |
| John A. Tipton<br>Plants of Ruskin, Inc.<br>901 4th Street, NW<br>Ruskin, FL 33570-3511 | John P. Bell, Jr.<br>Bell Irrigation Pipe & Supply, LLC<br>1920 Meadow Rook Drive<br>Cairo, GA 39828-2350 | Metropolitan Life Insurance Co.<br>Gary A. Barnes<br>3414 Peachtree Rd. NE Ste 1600<br>Atlanta, GA 30326-1164 |
| Metropolitan Life Insurance Company<br>c/o Zachary J. Bancroft, Esq.<br>Baker, Donelson, et al.<br>200 S. Orange Avenue, Suite 2900<br>Orlando, FL 32801-3448 | Michael W. Sullivan<br>BHN Seed<br>Division of Garguilo, Inc.<br>15000 Old 41 North<br>Naples, FL 34110-8415 | Old Florida Investments, Inc.<br>c/o Robert C. Schermer, Esq.<br>P.O. Box 551<br>Bradenton, FL 34206-0551 |
| Rabo AgriFinance, Inc.<br>c/o James A. Timko, Esq. and Andrew M. B<br>Shutts & Bowen LLP<br>300 S. Orange Ave., #1000<br>Orlando, FL 32801-5403 | Ruskin Auto & Truck Parts, LLC -<br>c/o Patti W. Halloran, Esq.<br>Gibbons Neuman<br>3321 Henderson Blvd.<br>Tampa FL 33609-2921 | SeedWay, LLC<br>c/o Michael D. Lessne, Esq.<br>GrayRobinson, P.A.<br>401 East Las Olas Boulevard, Suite 1000<br>Fort Lauderdale, Florida 33301-4210 |
| Shinn & Company, LLC -<br>c/o Megan W. Murray<br>Trenam Kemker PA<br>PO Box 1102<br>Tampa, FL 33601-1102 | T.J. Swaford<br>TriEst Ag Group, Inc.<br>7610 US Highway 41 N.<br>Palmetto, FL 34221-9611 | Taylor & Fulton Packing, LLC<br>c/o Stephenie Biernacki Anthony, Esq.<br>Anthony & Partners, LLC<br>201 N. Franklin Street, Suite 2800<br>Tampa, Florida 33602-5816 |
| Tommy Parker<br>Coastal Fertilizer & Supply, Inc.<br>209 Adams Avenue E.<br>Immokalee, FL 34142-3529 | Triest AG Group, Inc.<br>Barnes Walker, Goethe, Hoonhout, & Perro<br>John K. McIntyre, Esq.<br>3119 Manatee Ave. West<br>Bradenton, FL 34205-3350 | |

                  The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)First State Bank of Arcadia<br>c/o Patti W. Halloran, Esq.<br>Gibbons Neuman<br>3321 Henderson Blvd<br>Tampa FL 33609-2921 | (u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF<br>--------------------------------------------<br>Note: Entries with a '-' at the end of the name have filed a claim in this case | End of Label Matrix<br>Mailable recipients   25<br>Bypassed recipients    2<br>Total                 27 |