

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/02/2015 09:30 AM

COURTROOM 8A

HONORABLE MICHAEL WILLIAMSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:15-bk-04671-MGW | 11 | 05/04/2015 |

Chapter 11

**DEBTOR:**  Grainger Farms, Inc.

**DEBTOR ATTY:** Timothy Knowles

**TRUSTEE:** NA

**HEARING:**

*(1) POST-CONF. STATUS CONFERENCE
*(2) 6th Cont. Hrg. on Motion to Use Cash Collateral and Grant Replacement Liens Filed by Amy Denton Harris on behalf of Debtors Doc #14
*(3) Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Further) and to File Plan and Disclosure Statement Filed by Amy Denton Harris on behalf of Debtor Grainger Farms, Inc. (Harris, Amy) Doc #339
(4) Cont. Final Hrg. on Motion to Sell Property Free and Clear of Liens . (Fee Paid.) Filed by Scott A. Stichter on behalf of Interested Party SamWes, LLC (Stichter, Scott) Doc #262 - Cont. to 12/2 @ 9:30 a.m.
~(5) Joint Motion (Agreed) for Partial Distribution of Sale Proceeds Filed by the Debtors, Metropolitan Life Insurance Company, and Rabo Agrifinance, Inc. Filed by Scott A. Stichter on behalf of Debtor Grainger Farms, Inc. (related document(s)[182]). (Stichter, Scott) Doc #349 [as to disputed amts.]
(6) Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Further) and to File Plan and Disclosure Statement Filed by Amy Denton Harris on behalf of Debtor Grainger Farms, Inc. (Harris, Amy) Doc #359 [Not Noticed]
(7) Motion to Extend Time (Further) to Assume or Reject Unexpired Leases of NonResidential Real Property Filed by Amy Denton Harris on behalf of Debtor Grainger Farms, Inc. (Harris, Amy) Doc #360 [Not Noticed]

**APPEARANCES:**:
Amy Harris for Dbtr, Denise Barnett for USTEE, Andy Brumby for Rabo AgriFinance, Gary Barnes (telephonic) for Metropolitan Life Ins., Robert Soriano for FLF of Manatee, Inc.
**RULING:**
*(1) POST-CONF. STATUS CONFERENCE

*(2) 6th Cont. Hrg. on Motion to Use Cash Collateral and Grant Replacement Liens Filed by Amy Denton Harris on behalf of Debtors Doc #14 -   Granted, Cont. Hrg. on 1/6/16 @ 9:30 a.m., order by Harris

*(3) Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Further) and to File Plan and Disclosure Statement Filed by Amy Denton Harris on behalf of Debtor Grainger Farms, Inc. (Harris, Amy) Doc #339 -   Moot, superseded by Doc. #359, order by Harris

(4) Cont. Final Hrg. on Motion to Sell Property Free and Clear of Liens . (Fee Paid.) Filed by Scott A. Stichter on behalf of Interested Party SamWes, LLC (Stichter, Scott) Doc #262 - Cont. to 12/2 @ 9:30 a.m. -   Withdrawn Doc. #361

~(5) Joint Motion (Agreed) for Partial Distribution of Sale Proceeds Filed by the Debtors, Metropolitan Life Insurance Company, and Rabo Agrifinance, Inc. Filed by Scott A. Stichter on behalf of Debtor Grainger Farms, Inc. (related document(s)[182]). (Stichter, Scott) Doc #349 [as to disputed amts.] -   Granted, order submitted by Brumby; An Additional Motion to be filed & Agreed Order to be uploaded by Brumby

(6) Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Further) and to File Plan and Disclosure Statement Filed by Amy Denton Harris on behalf of Debtor Grainger Farms, Inc. (Harris, Amy) Doc #359 [Not Noticed] -   Granted, order by Harris

(7) Motion to Extend Time (Further) to Assume or Reject Unexpired Leases of NonResidential Real Property Filed by Amy Denton Harris on behalf of Debtor Grainger Farms, Inc. (Harris, Amy) Doc #360 [Not Noticed] -   Granted, order by Harris Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.